IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:22-cv-00254-MOC-WCM

| | |
|---|---|
| DAKOTA HEALEY, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br> v. <br><br> COPPER PENNY RUTHERFORDTON, LLC, and MICHELLE GREF, <br><br><br> Defendants. | ORDER |

This matter is before the Court on a Joint Motion to Stay Proceedings (Doc. 13).

For the reasons stated in the Motion, the Court finds that an extension of certain deadlines is warranted, though is not persuaded that a general stay of this matter is necessary.

**IT IS THEREFORE ORDERED** that the Joint Motion to Stay Proceedings (Doc. 13) is **GRANTED IN PART** and 1) the deadline for Defendants to file an answer or otherwise respond to Plaintiff's Complaint; 2) the deadline for Defendants to respond to Plaintiff's Motion for Preliminary Injunction (Doc. 3); and 3) the deadline for Defendants to respond to Plaintiff's

1

Motion to Conditionally Certify a Collective Action and Facilitate Notice Pursuant to 29 U.S.C. § 216(b) (Doc. 6) are **EXTENDED** through and including **March 1, 2023**.

Signed: February 1, 2023

W. Carleton Metcalf
United States Magistrate Judge