IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Civil Action No.: 1:22-cv-254

| | |
|---|---|
| DAKOTA HEALEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COPPER PENNY RUTHERFORDTON, LLC, and MICHELLE GREF,<br><br>Defendants. | **[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR APPROVAL OF SETTLEMENT OF COLLECTIVE ACTION** |

THIS MATTER is before the Court on Plaintiff's Unopposed Motion for Approval of Settlement of FLSA Collective Action. (ECF No. 22). Having considered the Motion, the Proposed Settlement Agreement and Release (ECF No. 22-1,) and accompanying documents, the Court finds that the settlement reached in this matter is a fair and reasonable resolution to a bona fide dispute and provides an adequate basis for Plaintiffs to waive their substantive and prescriptive rights under applicable law. Accordingly, the Court enters the following Order.

**IT IS, THEREFORE, ORDERED** as follows:

1. Plaintiff's Unopposed Motion for Approval of Settlement of FLSA Collective Action Certifying a FLSA Collective Action (ECF No. 22) is **APPROVED**, including the payments to Settlement Collective Members, the releases of claims, the service payment to Named Plaintiff, the designation of the Settlement Administrator and Settlement Administrator fees, and payment of attorneys' fees and costs therein.

2. The Settlement Collective is **CERTIFIED** pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b), for the sole purpose of settlement.

3. The Court **APPROVES** the proposed form of the Settlement Notice and method of distribution as the best notice practicable under the circumstances.

4. The Court **DIRECTS** that the Gross Settlement Amount be distributed in accordance with the terms of this Settlement Agreement.

5. The Court **APPROVES** the Parties' request that the docket remain open so that Claim Forms may be filed on the docket by Class Counsel on behalf of each Participating Collective Member, and further **APPROVES** the Parties proposed method of filing Claim Forms with the Court as fair, reasonable, and sufficient to constitute a consent to join the Lawsuit, as required by 29 U.S.C. § 216(b), on behalf of each Participating Collective Member.

6. The action is **DISMISSED WITH PREJUDICE** in its entirety in full and final discharge of any and all Participating Collective Members' Released Claims, including Named Plaintiff's Released Claims.

7. The Court retains jurisdiction to interpret, implement, and enforce the terms of the Settlement Agreement and all orders and judgments entered in connection therewith.

Signed this _____ day of _____ 2023.

_____
United States [Magistrate] Judge