## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:22-cv-254-MOC

| | | |
|---|---|---|
| DAKOTA HEALEY, individually and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | **ORDER** |
| COPPER PENNY RUTHERFORDTON, LLC, and MICHELLE GREF, | ) ) ) | |
| Defendant. | ) ) ) | |

**THIS MATTER** is before the Court on Plaintiff's Unopposed Motion for Approval of

Settlement of FLSA Collective Action. (Doc. No. 22). Having considered the Motion, the

Proposed Settlement Agreement and Release (Doc. No. 22-1,) and accompanying documents, the

Court finds that the settlement reached in this matter is a fair and reasonable resolution to a bona

fide dispute and provides an adequate basis for Plaintiffs to waive their substantive and

prescriptive rights under applicable law. Accordingly, the Court enters the following Order.

**IT IS, THEREFORE, ORDERED** as follows:

1. Plaintiff's Unopposed Motion for Approval of Settlement of FLSA Collective Action

Certifying a FLSA Collective Action (Doc. No. 22) is **APPROVED**, including the

payments to Settlement Collective Members, the releases of claims, the service payment

to Named Plaintiff, the designation of the Settlement Administrator and Settlement

Administrator fees, and payment of attorneys' fees and costs therein.

2. The Settlement Collective is **CERTIFIED** pursuant to the Fair Labor Standards Act,

1

29 U.S.C. § 216(b), for the sole purpose of settlement.

3. The Court **APPROVES** the proposed form of the Settlement Notice and method of distribution as the best notice practicable under the circumstances.

4. The Court **DIRECTS** that the Gross Settlement Amount be distributed in accordance with the terms of this Settlement Agreement.

5. The Court **APPROVES** the Parties' request that the docket remain open so that Claim Forms may be filed on the docket by Class Counsel on behalf of each Participating Collective Member, and further **APPROVES** the Parties proposed method of filing Claim Forms with the Court as fair, reasonable, and sufficient to constitute a consent to join the Lawsuit, as required by 29 U.S.C. § 216(b), on behalf of each Participating Collective Member.

6. The action is **DISMISSED WITH PREJUDICE** in its entirety in full and final discharge of any and all Participating Collective Members' Released Claims, including Named Plaintiff's Released Claims.

7. The Court retains jurisdiction to interpret, implement, and enforce the terms of the Settlement Agreement and all orders and judgments entered in connection therewith.

.

Signed: July 31, 2023



Max O. Cogburn Jr
United States District Judge